√#10105   #128499

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 MAY 18 PM 1:56

In re: CAPE, RODNEY ALAN          Case No. 09-33574

CAPE, WENDY SUE

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Recovery Management Systems Corp. for Capital Recovery LLC | 25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $2.35 |
| Verizon | 404 Brock Drive<br>Bloomington, IL 61701 | $0.71 |

Check for $3.06 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 5/14/10

cc:

Office of the U.S. Trustee